

# BURSOR & FISHER
P.A.

1330 AVENUE OF THE AMERICAS
FLOOR 32
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7127
Fax: 212.989.9163
ykopel@bursor.com

December 2, 2023

*Application GRANTED. The conference shall now take place on **December 14, 2023, at 11:00 a.m. (E.T.)**. The parties are on notice that absent extraordinary circumstances, the Court is unlikely to grant further requests to alter the conference date. The parties are directed to dial 646-453-4442, enter the meeting code 199127816, and press pound (#).*

***Via ECF***

The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

*SO ORDERED.*

*Dale E. Ho*
*United States District Judge*
*Dated: December 4, 2023*
*New York, New York*

**Re:   *Sutton, et. al. v. TED Foundation, Inc.*,**
**Case No. 1:23-cv-09219-DEH (S.D.N.Y. 2023)**

Dear Judge Ho,

      I represent Plaintiffs Kimberly Sutton, Zainab Salman, David Ramirez, and Tyler Baker in the above referenced matter. Pursuant to Your Honor's Individual Practice 2.E., I write to request a joint adjournment of the Rule 16(b) Initial Pretrial Conference set by this Court on November 15, 2023. The conference is currently set for December 7, 2023. Plaintiffs respectfully request that the conference be rescheduled for a date the following week or another date thereafter at the Court's convenience.

      The request is made due to pre-existing professional obligations and holiday schedules, and all counsel of record consent to the adjournment.

      This request is not for the purpose of delay. This is the first request by Plaintiffs to adjourn the Initial Pretrial Conference. Defendants have consented to this request.

Respectfully submitted,

*The Clerk of Court is respectfully requested to terminate the motion at ECF No. 13.*

Yitzchak Kopel

CC:   All counsel of record (via ECF)