**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TED FOUNDATION INC.,<br><br>Defendant. | INDEX NO. 1:23-cv-09219-DEH-RWL<br><br>**NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6) AND THE FIRST AMENDMENT** |

COMES NOW Defendant TED Foundation Inc., through undersigned counsel, and moves to dismiss the Complaint (ECF No. 1) under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the First Amendment of the United States Constitution. For the reasons set forth in the attached memorandum of law, Plaintiffs Kimberly Sutton, Zainab Salman, David Ramirez, and Tyler Baker do not plausibly allege that they have Article III standing to pursue their claims, fail to state a claim under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, and seek to apply the VPPA in a manner that would violate the First Amendment. In support of its motion, Defendant submits its memorandum of law, the Declaration of Andrew Merryman, and such other materials that the Court deems relevant.

Defendant respectfully requests that the Court dismiss Plaintiffs' claims with prejudice and, further, that Defendant be granted leave under Federal Rule of Civil Procedure 54 to move for fees and costs associated with preparing this motion.

Dated: December 13, 2023

Respectfully submitted,

By: *___/s/ Ryan P. Phair___*

Ryan P. Phair (*pro hac vice*)
Carter C. Simpson (*pro hac vice forthcoming*)
Emma L. Hutchison (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, DC 20036
ryanphair@paulhastings.com
cartersimpson@paulhastings.com
emmahutchison@paulhastings.com
Telephone: 1(202) 551-1753
Facsimile: 1(202) 551-0253

*Attorneys for Defendant TED Foundation Inc.*

**CERTIFICATE OF SERVICE**

I, Ryan P. Phair, hereby certify under penalty of law that on December 13, 2023, I caused a copy of the foregoing to be served electronically on all counsel of record via ECF.

*/s/ Ryan P.Phair*
Ryan P. Phair