**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

TED FOUNDATION INC.,

Defendant.

INDEX NO. 1:23-cv-09219-DEH-RWL

**DECLARATION OF ANDREW MERRYMAN IN SUPPORT OF MOTION TO DISMISS**

I, Andrew Merryman, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I submit this declaration in support of the Motion to Dismiss filed by Defendant TED Foundation Inc., and based on my own personal knowledge and my review of records made in the ordinary course of business and at or near the time of the events described. If called upon, I could and would testify to the matters discussed in this declaration.

2. I am currently employed as the Senior Director of Engineering for TED Conferences LLC, a wholly owned subsidiary of TED Foundation Inc. (collectively, “TED”). I have worked at TED since September 28, 2015. In my role as Senior Director of Engineering, I oversee all of TED’s software development efforts and directly manage the engineering team responsible for building websites, such as the TED website (TED.com), and internal applications. I am also responsible for TED’s traditional corporate IT operations, such as procurement and end-user support. In these roles, I have access to information regarding TED account holders and their interactions with TED’s website and mobile applications (“apps”); familiarity with TED’s outsourcing of

information technology functions to certain third-party vendors; and insight into the role that the TED website and apps play in fulfilling TED's mission to discover, foster and promote "ideas worth spreading."

3. TED makes its TED Talks and select TED-Ed and TEDx videos publicly available for free on multiple outlets, including the TED website and apps. For context, there have been over 30 billion video views of TED Talks online since 2006. This includes on our website, mobile, and TV apps, TED Talks Daily podcasts downloads, and YouTube and Facebook video views for TED, TED-Ed, and TEDx channels.

4. TED offers users the ability to create an account on its website or apps for free. To create an account, the user must submit their first name, last name, and e-mail address, and agree to TED's Privacy Policy, which describes how TED uses tracking tools and stores, manages and processes personal information. Signing up for a TED account on the website or apps is not required to access or view TED's video content – the same videos are available on the website and apps whether or not a user has created a TED account.

5. TED outsources certain information technology functions to trusted third-party vendors. Specifically, TED has entered into agreements with Leanplum, Mixpanel and OpenWeb, which govern TED's use of their tools and limit how the vendors can use any data that is collected. These vendors operate in a closed system and are bound by confidentiality obligations that prevent their disclosure of any such data.

6. TED maintains records of the information entered by and the activity of account holders on the TED website and apps. Under my supervision, between November 28, 2023 and December 11, 2023, TED's IT team searched these records for the e-mail addresses associated with Plaintiffs'

TED accounts that were provided by Plaintiffs' counsel. Based on these searches, TED could not verify the account details alleged in the Complaint and provided here in summary.

**Kimberly Sutton**

7. Plaintiff Kimberly Sutton has alleged that in or about January 2008 she created a TED account and downloaded the TED app on her Android phone, and that she has used the same account on the TED app since January 2008.

8. According to our review, the e-mail address associated with Plaintiff Sutton did not create a TED account in or about January 2008. The e-mail address was used to create an account nine years later, on November 15, 2017. TED has no records indicating that the e-mail address associated with Kimberly Sutton interacted with the TED website or apps prior to 2017.

9. It was impossible for Plaintiff Sutton to have downloaded the TED app in or around January 2008. The TED apps did not launch until 2010.

**Zainab Salman**

10. Plaintiff Zainab Salman has alleged that in or about June 2013 she created a TED account and downloaded the TED app on her Android phone, and that she has used her TED account to watch videos between June 2013 and May 2022.

11. According to our review, the e-mail address associated with Plaintiff Salman is not associated with any TED account. TED has no records that indicate that the e-mail address provided has interacted with the TED website or apps.

**David Ramirez**

12. Plaintiff David Ramirez has alleged that in or about January 2016 he created a TED account and downloaded the TED app on his Apple phone, that he has used his account to watch videos

between January 2016 and October 2023, and that he most recently used his account to watch a video in October 2023.

13. According to our review, the e-mail address associated with Plaintiff Ramirez did not create a TED account in or about January 2016. The e-mail address was used to create an account almost four years later, on September 20, 2019. TED has no records indicating that the e-mail address associated with Plaintiff Ramirez interacted with the TED website or apps prior to 2019.

14. The TED account associated with Plaintiff Ramirez's e-mail address has no record of any video views after August 2021. TED has no records that indicate any other website or app activity associated with this TED account.

**Tyler Baker**

15. Plaintiff Tyler Baker has alleged that in or about January 2022 he created a TED account and has used his account to watch videos between January 2022 and July 2023.

16. According to our review, the e-mail address associated with Plaintiff Baker did not create a TED account in or about January 2022. The e-mail address was used to create an account eighteen months later, on July 31, 2023. Since that time, Plaintiff Baker has logged into his TED account only once, on September 25, 2023. TED has no records indicating that the e-mail address associated with Plaintiff Baker interacted with the TED website or apps prior to 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2023.

Andrew Merryman

Andrew Merryman