UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY SUTTON, et al.,

                          Plaintiff(s),

            v.

TED FOUNDATION, Inc.,

                          Defendant(s).

23-CV-9219 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties convened before the Court on December 14, 2023.  On the record, the parties agreed to an extended Motion to Dismiss (ECF No. 19) briefing schedule.  Accordingly, it is hereby ORDERED that the following deadlines shall apply:

- Plaintiff's Opposition to the Motion to Dismiss: **January 10, 2024**

- Defendant's Reply: **January 24, 2024**

It is further ORDERED that the parties shall, by **December 22, 2023**, (1) meet and confer, and (2) file on ECF either (i) a joint proposal outlining with specificity the scope of discovery that may be completed while the Motion to Dismiss is still pending, or (ii) two separate proposals discussing with specificity any areas of disagreement between the parties' proposals.  Where possible, the parties shall include anticipated timelines in their proposal(s). The letter shall not exceed four (4) pages.

        SO ORDERED.

Dated: December 14, 2023
        New York, New York

                                                    DALE E. HO
                                            United States District Judge