BURSOR & FISHER P.A.

1330 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7150
Fax: 212.989.9163
ykopel@bursor.com

January 16, 2024

***Via CM/ECF***
The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Courtroom 905

**Re: Notice of Supplemental Authority, *Sutton v. TED Foundation, Inc.*, Case No. 1:23-cv-09219**

Dear Judge Ho:

Plaintiffs Kimberly Sutton, Zainab Salman, David Ramirez, and Tyler Baker ("Plaintiffs") respectfully submit this Notice of Supplemental Authority regarding the pending Motion To Dismiss. *See* ECF Nos. 19–21, 28. Plaintiffs bring to the Court's attention the following order entered on January 11, 2024 before the United States District Court for the District of Massachusetts in *Saunders v. Hearst Television, Inc.*, Case No. 23-cv-10998-RGS (2023) ("*Hearst* Decision"); *see also Saunders v. Hearst Television, Inc.*, --- F. Supp. 3d ---, 2024 WL 126186 (D. Mass. Jan. 11, 2024). The *Hearst* Decision is attached hereto as **Exhibit 1**.

The *Hearst* decision is relevant to many of the parties' respective arguments in the pending Motion To Dismiss. First, the *Hearst* Decision plausibly found that the plaintiffs were "consumer[s]" under the VPPA. *See Hearst* Decision at 6–7. This is relevant to Defendant's argument here in the contrary. *See* Def.'s Mem. In Support Of Mot. To Dismiss ("MTD"), ECF No. 20 at 11–15; *see also* Plfs.' Opp. To Def.'s Mot. To Dismiss ("MTD Opp"), ECF No. 28 at 9–15. Second, the *Hearst* Decision found that the VPPA's ordinary course of business exception did not apply to the parties in that case. *See Hearst* Decision at 12. This is relevant to Defendant's argument that the ordinary course of business exception applies in this case. *See* MTD at 15–18; *see also* MTD Opp at 15–19. Finally, the *Hearst* Decision holds that the VPPA does not violate the First Amendment. *See Hearst* Decision at 12–15. This is relevant to Defendant's argument that the VPPA, as applied here, violates the First Amendment. *See* MTD at 19–25; *see also* MTD Opp at 19–25.

Dated: January 16, 2024

Respectfully submitted,

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
Max S. Roberts

Victoria X. Zhou
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Attorneys for Plaintiffs*

cc: All counsel of record