UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY SUTTON, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> TED FOUNDATION, INC., <br><br> Defendant(s). | 23-CV-9219 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

WHEREAS the Plaintiffs filed a proposed stipulated protective order on February 1, 2024, and whereas that proposed order contains no signature by any party, ECF No. 34,

IT IS HEREBY ORDERED that the parties shall re-file the proposed order, containing signatures by both sides, by **February 22, 2024**.

SO ORDERED.

Dated: February 15, 2024
New York, New York

_____
DALE E. HO
United States District Judge