**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

TED FOUNDATION INC.,

Defendant.

INDEX NO. 1:23-cv-09219-DEH-RWH

**DEFENDANT 'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Ted Foundation Inc. ("Defendant") respectfully submits this Notice of Supplemental Authority in support of its pending Motion to Dismiss ("Motion"). *See* ECF Nos. 19–22, 28, 32. Defendant brings to the Court's attention the attached Order Granting Defendant's Motion to Dismiss with prejudice entered on February 15, 2024, by the Honorable Lindsay C. Jenkins in *Gardner et al. v. MeTV*, Case No. 1:22-cv-05963, ECF No. 38 (N.D. Ill. Feb. 15, 2024) ("*Gardner* Decision"). The *Gardner* Decision is attached hereto as Exhibit 1.

The *Gardner* decision concerns an amended complaint filed in the wake of *Gardner v. MeTV*, No. 1:22-cv-5963, 2023 WL 4365901 (N.D. Ill. July 6, 2023), which is discussed throughout Defendant's Motion papers. The new decision bears on the parties' respective arguments as to whether persons who register for and use a website account are subscribers under the Video Privacy Protection Act where a plaintiff alleges that the account affords "special benefits that enhanced their viewing experience, including 'video-related benefits or services unavailable to non-subscribers.'" *See Gardner* Decision at 4–5.

Dated: February 22, 2024

Respectfully submitted,

By: *_/s/ Carter C. Simpson__________*

Carter C. Simpson (*pro hac vice*)
Ryan P. Phair (*pro hac vice*)
Emma L. Hutchison (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, DC 20036
cartersimpson@paulhastings.com
ryanphair@paulhastings.com
emmahutchison@paulhastings.com
Telephone: 1(202) 551-1753
Facsimile: 1(202) 551-0253

*Attorneys for Defendant TED Foundation Inc.*

**CERTIFICATE OF SERVICE**

I, Carter C. Simpson, hereby certify under penalty of law that on February 22, 2024, I caused a copy of the foregoing to be served electronically on all counsel of record via ECF.

*/s/ Carter C. Simpson*
Carter C. Simpson