**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TED FOUNDATION INC.,<br><br>Defendant. | INDEX NO. 1:23-cv-09219-DEH-RWL<br><br>**NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6) AND THE FIRST AMENDMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

COMES NOW Defendant TED Foundation Inc., through undersigned counsel, and moves to dismiss the First Amended Complaint (ECF No. 50) under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the First Amendment of the United States Constitution. For the reasons set forth in the attached memorandum of law, Plaintiffs Zainab Salman and Tyler Baker do not plausibly allege that they have Article III and statutory standing to pursue their claims under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710. Plaintiffs Salman, Baker, Kimberly Sutton, and David Ramirez also fail to state a claim under the VPPA, because they do not plausibly allege their "subscriber" status or that TED's use of the software programs at issue is not authorized by the VPPA's exception for disclosures "incident to the ordinary court of business[.]" Finally, Plaintiffs seek to apply the VPPA in a manner that would violate the First Amendment. In support of its motion, Defendant submits its memorandum of law, the Second Declaration of Andrew Merryman, and such other materials that the Court deems relevant.

Defendant respectfully requests that the Court dismiss Plaintiffs' claims with prejudice and, further, that Defendant be granted leave under Federal Rule of Civil Procedure 54 to move for fees and costs associated with preparing this motion.

Dated: November 15, 2024

Respectfully submitted,

By: *<u>/s/ Carter C. Simpson</u>*

Carter C. Simpson (*pro hac vice*)
Ryan P. Phair (*pro hac vice*)
Emma J. Hutchison (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, DC 20036
cartersimpson@paulhastings.com
ryanphair@paulhastings.com
emmahutchison@paulhastings.com
Telephone: 1(202) 551-1753
Facsimile: 1(202) 551-0253

*Attorneys for Defendant TED Foundation Inc.*

**CERTIFICATE OF SERVICE**

I, Emma J. Hutchison, hereby certify under penalty of law that on November 15, 2024, I caused a copy of the foregoing to be served electronically on all counsel of record via ECF.

*/s/ Emma J. Hutchison*
Emma J. Hutchison