**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

TED FOUNDATION INC.,

Defendant.

INDEX NO. 1:23-cv-09219-DEH-RWL

**DECLARATION OF ANDREW MERRYMAN IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Andrew Merryman, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I submit this declaration in support of the Motion to Dismiss the First Amended Complaint filed by Defendant TED Foundation Inc. The information herein is based on my own personal knowledge and my review of records made in the ordinary course of business and at or near the time of the events described. If called upon, I could and would testify to the matters discussed in this declaration.

2. I am currently the Chief Technology Officer ("CTO") for TED Conferences LLC, a wholly owned subsidiary of TED Foundation Inc. (collectively, "TED"). I have worked at TED since 2015. In my role as CTO, I oversee all of TED's software development efforts and directly manage the engineering team responsible for building websites, such as the TED website (TED.com), and internal applications. I am also responsible for TED's traditional corporate IT operations, such as procurement and end-user support. In these roles, I have access to information regarding TED account holders and their interactions with TED's website and mobile applications ("apps"); familiarity with TED's outsourcing of IT functions to certain

third-party vendors; and insight into the role that the TED website and apps play in fulfilling TED's mission to discover, foster and promote "ideas worth spreading."

3. TED makes its TED Talks and select TED-Ed and TEDx videos publicly available for free on multiple outlets, including the TED website and apps. For context, there have been over 30 billion video views of TED Talks online since 2006. This includes views on our website, mobile, and TV apps, TED Talks Daily podcasts downloads, and YouTube and Facebook video views for TED, TED-Ed, and TEDx channels.

4. TED offers users the ability to create an account on its website or apps for free. To create an account, the user must submit their first name, last name, and e-mail address, and agree to TED's Privacy Policy, which describes how TED uses tracking tools and stores, manages and processes personal information, and Terms of Use, which sets forth terms and conditions for accessing TED's websites and apps. Signing up for a TED account on the website or apps is not required to access or view TED's video content – the same videos are available on the website and apps whether or not a user has created a TED account.

5. TED outsources certain IT functions to trusted third-party vendors. Specifically, TED has entered into agreements with Leanplum, Mixpanel and OpenWeb, which govern TED's use of their tools and limit how the vendors can use any data that TED stores on their systems. These vendors operate in a closed system and are bound by confidentiality obligations that prevent their disclosure of any such data.

6. TED uses OpenWeb solely for the purpose of enabling, hosting and moderating the "comments" feature of the website. The "comments" feature is available only on the website and not on TED's Android or iOS apps. Records concerning a user's activity are stored in OpenWeb only if the user is logged into a TED account at the time of those activities and only if that user engages

with the website's "comments" feature. The only data stored with OpenWeb is data concerning a user's use of or interaction with the website's "comments" feature.

7. TED maintains records of the activity of active account holders on the TED website and apps in accordance with its Privacy Policy. Under my supervision, between October 14, 2024 and November 15, 2024, my IT team searched TED's records, including its records in Leanplum, Mixpanel, and OpenWeb, for the Plaintiffs' six e-mail addresses and associated TED accounts. Based on these searches, TED could not verify certain account details alleged in the First Amended Complaint and provided here in summary.

**<u>Plaintiff Zainab Salman</u>**

8. Plaintiff Zainab Salman alleges that in or about June 2021 she created a TED account and downloaded the TED app on her Android phone, and that she used her TED account to watch videos between June 2021 and May 2022. *See* FAC ¶ 109. She alleges that as a result her video viewing history was disclosed to Leanplum and Mixpanel. *See id.* ¶¶ 113-14.

9. According to our review, the e-mail address associated with Plaintiff Salman was not used to create a TED account until March 18, 2024. TED does not have any records indicating that her e-mail address interacted with the TED website or apps prior to March 2024.

10. There is no record among the data stored in Leanplum or Mixpanel of any video views associated with Plaintiff Salman's e-mail address or TED account.

**<u>Plaintiff Tyler Baker</u>**

11. Plaintiff Tyler Baker alleges that each time he viewed a video on the website, TED disclosed his information to OpenWeb including his name, e-mail address, and video viewing information. *See* FAC ¶¶ 121, 125. Plaintiff Baker does not allege that he interacted with the commenting feature of the TED website.

12. According to our review, TED does not have any records indicating that a TED account associated with Plaintiff Baker's e-mail address has used or interacted with the commenting feature of the TED website.
13. There is no record among the data stored in OpenWeb of any activity or other data associated with Plaintiff Baker's e-mail address or TED account.

**<u>All Plaintiffs</u>**

14. According to our review, TED does not have any records indicating that a TED account associated with any of the six e-mail addresses provided for the four named Plaintiffs in this litigation has used or interacted with the commenting feature of the TED website.
15. There is no record among the data stored in OpenWeb of any activity or other data associated with the six e-mail addresses provided for the four named Plaintiffs in this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2024.

Andrew Merryman