**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

TED FOUNDATION INC.,

Defendant.

INDEX NO. 1:23-cv-09219-DEH-RWL

**NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1**

**TO THE COURT, THE ATTORNEY GENERAL OF THE UNITED STATES, THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant TED Foundation Inc. ("TED") hereby gives notice that, in the above-captioned case, it has filed a Motion to Dismiss (ECF No. 57) and accompanying memorandum (ECF No. 58) that call into question the constitutionality of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, as the Plaintiffs seek to have that statute applied in this case. Specifically, TED raises the question of whether the VPPA, as Plaintiffs seek to apply it, is unconstitutional because it violates the First Amendment to the United States Constitution.

Dated: November 15, 2024

Respectfully submitted,

By: *_/s/ Carter C. Simpson_*

Carter C. Simpson
Ryan P. Phair
Emma J. Hutchison
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, DC 20036
cartersimpson@paulhastings.com
ryanphair@paulhastings.com
emmahutchison@paulhastings.com
Telephone: 1(202) 551-1753
Facsimile: 1(202) 551-0253

*Attorneys for Defendant TED Foundation Inc.*

**CERTIFICATE OF SERVICE**

I, Emma J. Hutchison, hereby certify under penalty of law that on November 15, 2024, I caused true and correct copies of Defendant TED Foundation Inc.'s **NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FED. R. CIV. P. 5.1**; and **NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) AND THE FIRST AMENDMENT** (ECF No. 57); **MEMORANDUM OF LAW IN SUPPORT** (ECF No. 58); and **SECOND DECLARATION OF ANDREW MERRYMAN** (ECF No. 59), to be served electronically on all counsel of record via ECF, and to be served on the following by certified mail:

Merrick Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 90530-0001

Damian Williams
U.S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

*/s/ Emma J. Hutchison*
Emma J. Hutchison