**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TED FOUNDATION INC.,<br><br>Defendant. | Case No. 1:23-cv-09219-DEH<br><br>Hon. Dale E. Ho |

**DECLARATION OF VICTORIA X. ZHOU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

1. I am an associate in the New York office of Bursor & Fisher, P.A, counsel for Plaintiffs in this action. I am a member of the Bar of the State of New York and am admitted to practice in this Court. I make this declaration in support of Plaintiffs Opposition to Defendants Motion to Dismiss the First Amended Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify under oath concerning the matters set forth in this declaration.

2. Attached as **Exhibit 1** is a true and correct copy of a document bearing the Bates range SALMAN_000001-000006, which was produced by Plaintiff Salman to Defendant on March 19, 2024.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on December 3, 2024 in New York, New York.

Victoria Zhou

______________________________
Victoria X. Zhou