**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TED FOUNDATION INC.,<br><br>Defendant. | INDEX NO. 1:23-cv-09219-DEH-RWL<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW MERRYMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

I, Andrew Merryman, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I submit this supplemental declaration in support of Defendant TED Foundation Inc. ("TED")'s Motion to Dismiss the First Amended Complaint (ECF No. 58). The information herein is based on my own personal knowledge and my review of records made in the ordinary course of business and at or near the time of the events described. If called upon, I could and would testify to the matters discussed in this declaration.

2. As described in my opening declaration (ECF No. 59), under my supervision, my information technology team searched TED's records, including its records in third-party vendors Leanplum, Mixpanel, and OpenWeb, for the Plaintiffs' six e-mail addresses and any associated TED accounts. In response to certain statements made in Plaintiffs' recent opposition brief (ECF No. 63), this declaration provides screen captures of those searches and records.

3. TED is not aware of any data concerning Plaintiffs or their e-mail addresses that have been overwritten or otherwise deleted from Leanplum, Mixpanel, or OpenWeb.

4. Below as **Figure 1** is a screen capture of the results of a search within the data contained on OpenWeb for the email address provided for Plaintiff Tyler Baker.




*Fig. 1.*

5. Below as **Figures 2-4** are screen captures of the results of searches within the data contained on OpenWeb for the email addresses provided for Plaintiff David Rodriguez.




*Fig. 2.*




*Fig. 3.*




*Fig. 4.*

6. Below as **Figure 5** is a screen capture of the results of a search within the data contained on OpenWeb for the email address provided for Plaintiff Kimberly Sutton.




*Fig. 5.*

7. Below as **Figure 6** is a screen capture of the results of a search within the data contained on OpenWeb for the email address provided for Plaintiff Zainab Salman.




*Fig. 6.*

8. Below as **Figure 7** is a screen capture of the results of a search within the data contained on Leanplum for the email address provided for Plaintiff Salman.




*Fig. 7.*

9. Attached as **Exhibit 1** is a screen capture of the Mixpanel report associated with the email address provided for Plaintiff Salman. The report features a "Created at" date for Plaintiff Salman's TED account of March 18, 2024. It also shows that Plaintiff Salman downloaded the TED mobile application and clicked on multiple screens within the application on that same day. The report does not reflect any video views on those screens. The report indicates that Plaintiff Salman uninstalled the TED mobile application three days later.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2024.

Andrew Merryman

Andrew Merryman