**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TED FOUNDATION INC.,<br><br>Defendant. | Case No. 1:23-cv-09219-DEH<br><br>Hon. Dale E. Ho |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Kimberly Sutton, Zainab Salman, David Ramirez, and Tyler Baker respectfully submit this Notice of Supplemental Authority regarding the pending Motion to Dismiss the First Amended Complaint. ECF Nos. 57-58, 63, 71. Plaintiffs bring to the Court's attention a December 18, 2024 Order by the Honorable Dana M. Sabraw of the Southern District of California in *Mata v. Zillow Group, Inc.*, Case No. 3:24-cv-1095, ECF No. 13 (S.D. Cal. Dec. 18, 2024); *see also Mata v. Zillow Group, Inc.*, 2024 WL 5161955 (S.D. Cal. Dec. 18, 2024). The *Mata* Order is attached hereto as **Exhibit 1**. The *Mata* Order is relevant to the Parties' respective arguments regarding whether Plaintiffs are "consumers" under the VPPA.

Dated: January 6, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou

1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Attorneys for Plaintiffs*