**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TED FOUNDATION INC.,<br><br>Defendant. | INDEX NO. 1:23-cv-09219-DEH-RWH |

**DEFENDANT 'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant TED Foundation Inc. ("Defendant") respectfully submits this Notice of Supplemental Authority in support of its pending Motion to Dismiss. *See* ECF Nos. 57-59, 71. Defendant brings to the Court's attention the attached Memorandum and Order on Motion for Summary Judgment entered on April 25, 2025, by the Honorable Richard G. Stearns in *Therrien v. Hearst Television, Inc.*, No. 23-cv-10998-RGS, 2025 WL 1208535 (D. Mass. Apr. 25, 2025) ("*Hearst* Decision"). The *Hearst* Decision is attached hereto as Exhibit 1.

The *Hearst* Decision grants a defendant's motion for summary judgment on claims brought under the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA"), arising out of the alleged disclosure of mobile application session data that included video counts, email addresses, and geolocation data. 2025 WL 1208535 at *2. The decision clarifies the definition of Personally Identifiable Information ("PII") under the VPPA and further bears on the Parties' respective arguments in this case as to whether the VPPA's ordinary course of business exception applies

where an alleged disclosure of PII to a third-party software provider "w[as] not 'part of [a] targeted advertising campaign[.]'" *Id.* at *3–4.

Dated: May 7, 2025

Respectfully submitted,

By: * /s/ Carter C. Simpson*

Carter C. Simpson (*pro hac vice*)
Ryan P. Phair (*pro hac vice*)
Emma J. Hutchison (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, DC 20036
cartersimpson@paulhastings.com
ryanphair@paulhastings.com
emmahutchison@paulhastings.com
Telephone: (202) 551-1753
Facsimile: (202) 551-0253

*Attorneys for Defendant TED Foundation Inc.*

## CERTIFICATE OF SERVICE

I, Carter C. Simpson, hereby certify under penalty of law that on May 7, 2025, I caused a copy of the foregoing to be served electronically on all counsel of record via ECF.

*/s/ Carter C. Simpson*
Carter C. Simpson