**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TED FOUNDATION INC.,<br><br>Defendant. | Case No. 1:23-cv-09219-DEH<br><br>Hon. Dale E. Ho |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Kimberly Sutton, Zainab Salman, David Ramirez, and Tyler Baker respectfully submit this Notice of Supplemental Authority regarding the pending Motion to Dismiss the First Amended Complaint. ECF Nos. 57-58, 63, 71. Plaintiffs bring to the Court's attention a July 10, 2025 Order by the United States District Court for the District of Massachusetts in *Joseph v. IGN Entertainment, Inc.*, Case No. 1:24-cv-11579-MJJ, ECF No. 58 (D. Mass. July 10, 2025). The *Joseph* Order is attached hereto as **Exhibit 1**. The *Joseph* Order is relevant to the Parties' respective arguments regarding whether Plaintiffs have standing to bring their VPPA claims, whether Plaintiffs are "consumers" under the VPPA, whether Plaintiffs have plausibly stated claims under the VPPA, and whether Defendant's actions were conducted in the ordinary course of business.

Dated: July 11, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Attorneys for Plaintiffs*