UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TED FOUNDATION, INC.,<br><br>Defendant. | 23-CV-9219 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Having reviewed the briefing on Defendant's Motion to Dismiss the First Amended Complaint, ECF No. 57, the Court has determined that oral argument is appropriate. The Parties shall appear before the Court for a hearing on **December 17, 2025, at 2:30 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated: November 18, 2025
       New York, New York

 

_____
DALE E. HO
United States District Judge