UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>                v.<br><br>TED FOUNDATION, INC.,<br><br>                         Defendant. | 23-CV-9219 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict, the Court adjourns the scheduled oral argument in this case to **December 19, 2025, at 2:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse at 40 Foley Square. For the avoidance of doubt, the United States is invited to participate in the oral argument, and should file a letter on ECF no later than December 5, 2025 indicating whether it intends to do so.

SO ORDERED.

Dated: December 1, 2025
       New York, New York

                                                            DALE E. HO
                                                           United States District Judge