

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 5, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Sutton et al. v. TED Foundation, Inc.*, 23 Civ. 9219 (DEH)

Dear Judge Ho:

    I write on behalf of the United States of America (the "Government") in response to the Court's recent order regarding to the oral argument scheduled for December 19, 2025. ECF No. 85. The Government appreciates the invitation to participate in the oral argument and does plan to do so.

    I thank the Court for its consideration of this letter.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

By:   */s/ Jennifer Jude*
       JENNIFER JUDE
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2663
       jennifer.jude@usdoj.gov

cc:  Counsel of record (by ECF)