UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TED FOUNDATION, INC.,

Defendant.

23-CV-9219 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

In preparation for Friday's hearing, the Parties are hereby **DIRECTED** to be prepared to address the Second Circuit's decisions in *Solomon v. Flipps Media, Inc.*, 136 F.4th 41, 54 (2d Cir. 2025) and *Hughes v. Nat'l Football League*, Case No. 24-2656, 2025 WL 1720295, at *3 (2d Cir. June 20, 2025) (summary order), including the many recent cases applying this decision from this District. *See Simon v. Scripps Networks, LLC*, 24 Civ. 8175, 2025 WL 3167915, at *7 (S.D.N.Y. Nov. 13, 2025) (collecting cases); s*ee also Salazar v. Nat'l Basketball Ass'n*, 22 Civ. 7935, 2025 WL 2830939, at *5 (S.D.N.Y. Oct. 6, 2025) ("Because an ordinary person would not plausibly be able to identify Plaintiff's video-watching habits as a result of the Pixel transmissions, Plaintiff has not plausibly alleged that the NBA disclosed personally identifiable information in violation of the VPPA.").

SO ORDERED.

Dated: December 17, 2025
        New York, New York

DALE E. HO
United States District Judge