UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY SUTTON, ZAINAB SALMAN, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TED FOUNDATION, INC.,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-09219-DEH<br><br>Hon. Dale E. Ho |

### PLAINTIFF ZAINAB SALMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Federal Rule of Procedure 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Zainab Salman voluntarily dismisses her claims in this action without prejudice against Defendant.

Respectfully submitted,

BURSOR & FISHER, P.A.

By: /s/ Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
　　　　mroberts@bursor.com
　　　　vzhou@bursor.com

*Attorneys for Plaintiffs*

---

**The Court is in receipt of the endorsed notice of dismissal. Plaintiff Salman's claims are dismissed without prejudice. The Clerk of Court is respectfully directed to terminate Plaintiff Zainab Salman from the case.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 22, 2025
New York, New York