UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY SUTTON, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TED FOUNDATION INC.,<br><br>　　　　　　　　　Defendant. | Case No. 1:23-cv-09219-DEH<br><br>Hon. Dale E. Ho |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

　　　　Plaintiffs Kimberly Sutton, David Ramirez, and Tyler Baker respectfully submit this Notice of Supplemental Authority regarding the pending Motion to Dismiss the First Amended Complaint. ECF Nos. 57-58, 63, 71. Plaintiffs bring to the Court's attention a recent Order by Judge Mary M. Rowland in *Dawson v. The University of Phoenix, Inc.*, Case No. 1:25-cv-03497, ECF No. 52 (N.D. Ill. Jan. 13, 2026); *see also Dawson v. The University of Phoenix, Inc.*, 2026 WL 92248 (N.D. Ill. Jan. 13, 2026). The *Dawson* Order is attached hereto as **Exhibit 1**. The *Dawson* Order is relevant to the Parties' respective arguments regarding whether Plaintiffs are "consumers" under the VPPA and whether the VPPA is constitutional under the First Amendment.

Dated: January 15, 2026　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Max S. Roberts*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Max S. Roberts

　　　　　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel
　　　　　　　　　　　　　　　　　　　　　　　　Max S. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　Victoria X. Zhou
　　　　　　　　　　　　　　　　　　　　　　　　1330 Avenue of the Americas, 32nd Floor

New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
       mroberts@bursor.com
       vzhou@bursor.com

*Attorneys for Plaintiffs*

2