**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TED FOUNDATION INC.,<br><br>Defendant. | INDEX NO. 1:23-cv-09219-DEH-RWH<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

COMES NOW Defendant TED Foundation Inc. ("TED"), through undersigned counsel, and moves under Local Rule 6.3 for reconsideration of the Court's January 27, 2026, Opinion and Order. ECF No. 91. Pursuant to Local Rule 6.3, TED respectfully requests reconsideration of the portion of the Opinion and Order denying TED's motion to dismiss Plaintiff Tyler Baker's claims under Count II of the First Amended Complaint for lack standing. *Id.* at 6-8. Specifically, Plaintiff Baker has failed to establish Article III and statutory standing under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, based on TED's uncontroverted evidence that none of Plaintiff Baker's information was disclosed to OpenWeb. The Opinion and Order overlooked this evidence, and did not mention it when describing the extrinsic evidence that TED submitted on standing. Reconsideration is therefore warranted, and Plaintiff Baker's claims under Count II of the First Amended Complaint—and Count II in its entirety—should be dismissed with prejudice.

Dated: February 10, 2026

Respectfully submitted,

By: /s/ Carter C. Simpson

Carter C. Simpson (*pro hac vice*)
Ryan P. Phair (*pro hac vice*)
Emma L. Hutchison (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, DC 20036
cartersimpson@paulhastings.com
ryanphair@paulhastings.com
emmahutchison@paulhastings.com
Telephone: (202) 551-1753
Facsimile: (202) 551-0253

*Attorneys for Defendant TED Foundation Inc.*

**CERTIFICATE OF SERVICE**

I, Carter C. Simpson, hereby certify under penalty of law that on February 10, 2026, I caused a copy of the foregoing to be served electronically on all counsel of record via ECF.

*/s/ Carter C. Simpson*
Carter C. Simpson