# BURSOR & FISHER

P.A.

| | |
|---|---|
| **1330 AVENUE OF THE AMERICAS** | **MAX S. ROBERTS** |
| **32ND FLOOR** | Tel: **646.837.7408** |
| **NEW YORK, NY 10019** | Fax: **212.989.9163** |
| **www.bursor.com** | **mroberts@bursor.com** |

April 21, 2026

*Via ECF*
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

> **Re:    *Sutton v. TED Foundation, Inc.*, Case No. 1:23-cv-09219-DEH**
> **Joint Motion to Stay Proceedings Pending Mediation**

Dear Judge Ho,

I represent Plaintiffs in the above matter. Pursuant to Rule 2.a and 2.e of this Court's Individual Rules, I write jointly on behalf of Plaintiffs and Defendant TED Foundation, Inc. to respectfully request a stay of all deadlines in this matter pending the Parties' May 29, 2026 mediation.

Good cause exists to grant this Motion.  On January 27, 2026, the Court denied Defendant's Motion to Dismiss.  ECF No. 91.  On February 20, 2026, the Court denied Defendant's Motion to Stay pending the Supreme Court's decision in *Salazar v. Paramount Global*, Case No. 25-459, and Defendant's Motion for Partial Reconsideration.  ECF No. 98. Thereafter, the Parties agreed to attend a mediation on May 29, 2026.  The Parties have not yet filed a proposed Case Management Plan.

To allow the Parties to focus their efforts on attempting to resolve this matter and to preserve their resources in the interim, the Parties respectfully request a stay of all deadlines in this matter through **May 29, 2026**.  The Parties will provide a status update to the Court regarding the outcome of the mediation and any ongoing settlement discussions—or, a proposed case management schedule if the matter does not settle—on or before **June 12, 2026**.

**Application GRANTED.  All deadlines are hereby ADJOURNED *sine die* pending mediation.  The Parties are ORDERED to file a joint status letter on or before June 12, 2026.  The Clerk of Court is respectfully directed to terminate ECF No. 99.**

Respectfully submitted,

Max S. Roberts

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 21, 2026
New York, New York