**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TED FOUNDATION, INC.,<br><br>Defendant. | Case No. 1:23-cv-09219-DEH<br><br>Hon. Dale E. Ho |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law; and (2) the Declaration of Yitzchak Kopel, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement); Plaintiffs Kimberly Sutton, David Ramirez, and Tyler Baker, through their undersigned attorneys, will move this Court, before the Honorable Dale E. Ho, United States District Court Judge, Southern District of New York, at the Thurgood Marshall Courthouse 40 Foley Square, New York, New York 10007, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Bursor & Fisher, P.A. as Class Counsel; (iv) appointing Kimberly Sutton, David Ramirez, and Tyler Baker as Class Representatives for the Settlement Class; and (v) granting such other, further, or different relief as the court deems just and proper.

A Proposed Preliminary Approval Order is submitted herewith.

Dated: July 13, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Proposed Class Counsel*