**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY SUTTON, DAVID RAMIREZ, and TYLER BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TED FOUNDATION INC.,<br><br>Defendant. | Case No.: 1: 23-cv-09219-DEH |

**~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court considered the motion to withdraw Victoria X. Zhou, counsel for Plaintiffs Kimberly Sutton, David Ramirez, and Tyler Baker and determined that it should be granted. Victoria X. Zhou is hereby withdrawn as counsel of record, and Plaintiffs Kimberly Sutton, David Ramirez, and Tyler Baker will continue to be represented by the remaining counsel of record.

**IT IS SO ORDERED.**

Dated: November 4, 2026

The Hon. Dale E. Ho
United States District Judge