UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sutton, et al.,

Plaintiffs,

v.

TED Foundation, Inc.,

Defendants.

23-CV-9219 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a scheduling conflict on the Court's calendar, the Final Approval Hearing currently scheduled for November 13, 2026 is hereby **ADJOURNED** to **November 16, 2026** at **3:00 p.m.**

SO ORDERED.

Dated: November 11, 2026
New York, New York

DALE E. HO
United States District Judge